signatures to the petition. We are of opinion that the objector was a proper party to file objections in the proceeding and that there are questions of fact to be decided by the Special Term. Motion for leave to appeal to the Court of Appeals granted. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of THEODORE R. ISERMAN and HARRY B. CURLEY, Appellants, for a Mandamus Order and Other Relief against S. HOWARD COHEN and Others, Constituting the Board of Elections. CRAWFORD W. HAWKINS and PATRICK J. McCANN, Respondents.— Motion to hear argument of appeal forthwith granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of THEODORE R. ISERMAN and HARRY B. CURLEY, Appellants, for a Mandamus Order and Other Relief against S. HOWARD COHEN and Others, Constituting the Board of Elections. CRAWFORD W. HAWKINS and PATRICK J. McCANN, Respondents.— Order affirmed on the ground that the petition does not state sufficient definite facts concerning alleged defects in the nominating petition to warrant a further judicial inquiry as to its validity. Kapper, Hagarty, Carswell and Davis, JJ., concur.

## THIRD DEPARTMENT, OCTOBER, 1933.

In the Matter of the Claim of LOUIS DEPACE, Respondent, v. HINKLE STEEL CONSTRUCTION CO., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and matter remitted, with costs to the appellant against the State Industrial Board. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

## FOURTH DEPARTMENT, OCTOBER, 1933.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLEMENCE BUCHANAN, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.— Order affirmed. The ten-year sentence for the crime of burglary, third degree, is a legal sentence and the term of the sentence has not yet expired. The relator is properly held in custody under the terms of this sentence. We are, therefore, not called upon to, and do not, pass upon the legality of the sentence of ten years for grand larceny, second degree (commuted to five years by the Governor), because the relator is not now in custody by reason of such sentence. We, therefore, express no opinion as to the legality of that sentence. (Civ. Prac. Act, § 1252, subd. 2.) All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BARDO, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent. — Order affirmed. All concur; Edgcomb, J., not sitting.

In the Matter of the Judicial Settlement in the Estate of L. SPENCER EDWARDS, Deceased.— Decree affirmed, with costs. All concur; Edgcomb, J., not sitting.

DOLORES POWERS, Respondent, v. CLYDE PHILLIPS, Appellant.— Judgment and order affirmed, with costs. All concur; Edgcomb, J., not sitting.

MARY POWERS, an Infant, by DOLORES POWERS, Her Guardian ad Litem, Respondent, v. CLYDE PHILLIPS, Appellant.— Judgment and order affirmed, with costs. All concur; Edgcomb, J., not sitting.